Attorney Johnny Phillips

1 18-CV-3524

The United States District Court for the Northern District of Georgia:

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta
JUL 23 2018
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

On 7/16/18 I spoke with attorney Johnny Phillips for the authorization of lien and he said he will have secretary to set up an appointment for him to visit me. The secretary name is Danielle (404-487-0184). She has of yet contacted me for an appointment. Dr. Broc sent a fax to get the authorization lien signature. I believe he been using my name

Attorney Johnny Phillips

The United States District Court for the Northern District of Georgia: with these 3 people that were involved in taking me out of the street, one of them use to live in my building but he has moved. But I do have his telephone number. I call this racketeering (being dishonest and fraud business dealings). I saw that the Specialist they sent me to got upset because I didn't want to take the Steroids. I want a jury trial and I will explain in court.

*[signature]* 7-23-2018